IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01940-WDM-PAC

ROBIN GROTKE,

    Plaintiff(s),

v.

COLORADO HISTORICAL SOCIETY,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 9, 2005

    No response having been filed in response to the Court's minute order entered May 5, 2005, IT IS HEREBY

    **ORDERED** that Plaintiff's Second Motion for Extension of Time to Respond to Discovery [filed May 2, 2005] is **granted**. Plaintiff may respond to defendant's First Set of discovery *nunc pro tunc* to May 9, 2005.  IT IS FURTHER

    **ORDERED** that, no response having been filed in response to the Court's minute order entered May 5, 2005, Plaintiff's Motion for Leave to File Second Amended Complaint [filed May 2, 2005] is **granted**. The tendered Second Amended Complaint shall be **date stamped and filed July 11, 2005**. Defendants' Amended Answer to Second Amended Complaint, filed July 6, 2005 shall be deemed a timely answer to plaintiff's Second Amended Complaint.