IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01940-WDM-PAC

ROBIN GROTKE,

    Plaintiff(s),

v.

COLORADO HISTORICAL SOCIETY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Reset Settlement Conference [filed August 26, 2005] is **GRANTED** as follows:

    The Settlement Conference set for September 6, 2005 is *vacated and reset* to **October 26, 2005 at 1:30 p.m.**  Confidential Settlement Statements are due on or before **October 21, 2005.**  *Counsel and parties with full authority to settle must be present.*

Dated:  August 29, 2005