IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01940-WDM-PAC

ROBIN GROTKE,

    Plaintiff(s),

v.

COLORADO HISTORICAL SOCIETY,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
September 14, 2005

    Upon review of the September 12, 2005 Unopposed Motion to Stay Proceedings and the file, and finding good cause for the granting of part of the motion, IT IS HEREBY

    **ORDERED** that the September 12, 2005 Unopposed Motion to Stay Proceedings is **granted in part** and denied in part, as follows:

    (1) the September 2, 2005 discovery deadline has past, so that the joint motion is **denied** with respect to staying further discovery;

    (2) the dispositive motions deadline is extended to **November 15, 2005**, or ten days after the ruling on the pending motion to dismiss, whichever is earlier;

    (3) the **final pretrial conference** set for November 18, 2005 is vacated and reset to **March 17, 2006 at 2:00 p.m**. in Courtroom A-501; and

    (4) the settlement conference set for **October 26, 2005 at 3:00 p.m**. shall go froward as scheduled. *Counsel and parties with full authority to settle must be present.*. Updated confidential statements are due five days before the conference.

VALID CURRENT PHOTO IDENTIFICATION IS NEEDED FOR COURTHOUSE ACCESS.