IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01940-WDM-PAC

ROBIN GROTKE,

      Plaintiff(s),

v.

COLORADO HISTORICAL SOCIETY,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that a the Unopposed Motion to Vacate and Reset Dispositive Motions Deadline [filed November 8, 2005; Doc. No. 39] is **GRANTED** as follows:

      The dispositive motions deadline is extended to **December 16, 2005.**

Dated:  November 15, 2005