IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-01940-WDM-PAC

ROBIN GROTKE,

    Plaintiff,

v.

COLORADO HISTORICAL SOCIETY, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL AS TO THE INDIVIDUAL DEFENDANTS ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Carolyn McArthur and Georgianna Contiguglia only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on March 1, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL