IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01940-WDM-PAC

ROBIN GROTKE,

     Plaintiff(s),

v.

COLORADO HISTORICAL SOCIETY,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Stipulated Motion to Vacate Pretrial Conference dated March 2, 2006 (doc. 43) is **granted in part and denied in part**. The Final Pretrial Conference set for March 17, 2006 is **vacated**, and any remaining deadlines in the scheduling order, or as amended, are vacated. The stipulation for dismissal is due by **March 30, 2006**.

Dated:  March 7, 2006